**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JACQUELYN HAGEN,**<br>**Plaintiff,**<br><br>**v.**<br><br>**McCLAIN BROS. LLC, and**<br>**McCLAIN BROS. INC.,**<br>**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 25-4227** |

**O R D E R**

**AND NOW**, this 6th day of November, 2026, upon consideration of Plaintiff's Motion for Default Judgment (ECF No. 17 (the "Motion")), Plaintiff's Memorandum submitted in advance of the damages hearing (ECF No. 21), Plaintiff's Supplemental Briefing (ECF No. 23), and the evidence presented at a hearing on August 31, 2026, based on the findings of fact and conclusions of law in the attached Memorandum, **IT IS ORDERED** that the Motion (ECF No. 17) is **GRANTED**. **JUDGMENT IS ENTERED** in **FAVOR** of Plaintiff, Jacquelyn Hagen, and **AGAINST** Defendants, McClain Bros. LLC and McClain Bros. Inc., jointly and severally, in the total amount of **$119,297.90,** consisting of: (1) $54,073.90 in unpaid overtime wages and liquidated damages; (2) $30,600 in lost wages; (3) $20,000 in noneconomic compensatory damages; (4) $13,875.00 in attorney's fees; and (5) $749.00 in costs. **IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** this case **CLOSED**.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**